UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CIVIL MINUTES-TRIAL

ASHLAND
CASE NO. 0:04CV229-DLB   AT: ASHLAND, KY   DATE: MONDAY, JULY 13, 2009
STYLE: ERNEST HANNAH, JAMES HORN, NATALIE WEBB, ERIK BROWN, RANDY CRAFT AND STEVEN DANIELS VS. E. I. DUPONT DE NEMOURS AND COMPANY

DOCKET ENTRY:

(1) At the close of presentation of evidence, Plaintiffs' total time used was 26 hours and 44 minutes (which included 1 hour and 2 minutes for opening statement); Defendant's total time used was 20 hours and 57 minutes (which included 1 hour and 20 minutes for opening statement);

(2) The parties are granted 10 days within which to file status reports directed to each side's proposal for proceeding forward on the remaining Plaintiffs' claims, with said reports to also include any request to speak with the jury panel and proposal for how the panel discussion should be conducted; and,

(3) All post-trial motions shall be filed within 14 days, with response and reply as set forth in the Local Rules.

Eastern District of Kentucky
FILED
JUL 14 2009
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

PRESENT:
   HON.   DAVID L. BUNNING   , JUDGE

   CHRISTINA M. RILEY                    LISA WIESMAN
   Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
   WILLIAM H. WILHOIT                         JOHN M. FAMULARO
   JEAN M. GEOPPINGER                         DANIEL E. DANFORD
   LOUISE M. ROSELLE                          LAURA L. MAYS
   JOHN R. McGINNIS                           KRISTEN K. ORR
   J. D. ATKINSON, JR.                        SASHA YVONNE WAGERS
   TOM SWEENEY                                HOLLY LANKSTER
   BARBARA STRADY

___ Case called and continued to _____ for trial.
___ COURT TRIAL        _X_ JURY TRIAL    The jury selected as follows:
(1) 78              (4) 164             (7) 153
(2) 6               (5) 44              (8) 103
(3) 119             (6) 53              (9) 57
(10) 113

___ Introduction of evidence for ___ plff ___ deft ___ begun, ___ resumed, ___ concluded;

___ Rebuttal evidence; ___ Surrebuttal evidence;

___ Cont. to _____ for further jury deliberation.

_X_ Jury retires to deliberate at 12:44 p.m.   ;Jury returns at  4:30 p.m.

___ JUDGMENT BY COURT    _X_    JURY VERDICT.  SEE VERDICT OR ANSWERS TO INTERROGATORIES

_X_ Jury polled at request of Defendant.

___ Proposed Findings of Fact, Conclusions of Law & Judgment be prepared by ___ plff ___ deft

___ Submitted. ___ BRIEFS to be filed _____ PLFF; _____ DEFT; _____ REPLY
       within ____ days following the filing of transcript by Official Court Reporter.

TIC: | 4 | 22 |